# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ROBERTA KELLY MADISON COHN FORMERLY KNOWN AS ROBERT COHN,<br><br>Plaintiff,<br><br>v.<br><br>THE MOVIE MARKET, INC. DBA moviemarket.com.<br><br>Defendant . | CASE NO. SACV 12-1734-JST (RNBx)<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS SO ORDERED** that the above-captioned action is dismissed in its entirety with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and that each party is to bear its own fees and costs.

DATED: January 16, 2013     By: JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　The Hon. Josephine Staton Tucker
　　　　　　　　　　　　　　　　United States District Court